IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ONDERSMA,<br><br>    Plaintiff<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>    Defendants<br>_____/ | No. C 06-258 MMC<br><br>**ORDER DIRECTING DEFENDANT WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

       On April 3, 2006, defendant Wells Fargo & Company Short Term Disability Plan ("Short Term Disability Plan") electronically filed an answer.  Short Term Disability Plan has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

       Short Term Disability Plan is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Short Term Disability Plan is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide chambers copies of

electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: April 12, 2006

_____
MAXINE M. CHESNEY
United States District Judge