1  Constantin V. Roboostoff, Esq. (SBN: 69328)
   cvr1@earthlink.net
2  ROBOOSTOFF & KALKIN
   369 Pine Street, Suite 500
3  San Francisco, CA 94104
   Telephone: (415) 732-0282
4  Facsimile: (415) 732-0287

5  Attorneys for Plaintiff
   CHRISTINE ONDERSMA
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ONDERSMA, | Case No. C-06-0258 MMC |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)] |
| vs. | AND ORDER THEREON |
| METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff requests dismissal, with prejudice, of Defendant Wells Fargo & Company Short Term Disability Plan. All parties who have appeared in this action stipulate to the dismissal with prejudice by and through their counsel of record.

SO STIPULATED:

Dated: May 31, 2006

ROBOOSTOFF & KALKIN

*/s/ Constantin V. Roboostoff*

Constantin V. Roboostoff
Attorneys for Plaintiff
Christine Ondersma

Stipulation for Voluntary Dismissal With Prejudice
Case No C-06-0258 MMC

0090034/026/27584v01

| | | |
|---|---|---|
| 1 | Dated: May 26, 2006 | LINER YANKELEVITZ SUNSHINE & REGENSTREIF, LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | Ronald S. Kravitz |
| 5 | | Kim Zeldin |
| | | Mai M. Petersen |
| 6 | | Attorneys for Defendant |
| | | Wells Fargo & Company Short Term |
| 7 | | Disability Plan |
| 8 | Dated: May 30, 2006 | SEDGWICK DETERT MORAN & ARNOLD, LLP |
| 9 | | |
| 10 | | /s/ |
| 11 | | Michael N. Westheimer |
| | | Rebecca A. Hull |
| 12 | | Attorneys for Defendant |
| 13 | | Wells Fargo & Company Long Term |
| | | Disability Plan, and Metropolitan Life |
| 14 | | Insurance Company |

Dated: June 14, 2006

**IT IS SO ORDERED**
/s/ Maxine M. Chesney
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA