Constantin V. Roboostoff, Esq. (SBN: 69328)
 cvr1@earthlink.net
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

Attorneys for Plaintiff
CHRISTINE ONDERSMA

Rebecca A. Hull, Esq. (SBN: 99802)
 rebecca.hull@sdma.com
Michael N. Westheimer, Esq. (SBN: 178938)
 michael.westheimer@sdma.com
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
WELLS FARGO & COMPANY LONG TERM
DISABILITY PLAN and METROPOLITAN LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINE ONDERSMA,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. C-06-0258 MMC<br><br>**STIPULATION AND ORDER FOR EXTENSION OR CONTINUANCE OF BRIEFING SCHEDULES AND HEARING DATES** |

    Plaintiff Christine Ondersma and Defendants Wells Fargo & Company Long Term Disability Plan and Metropolitan Life Insurance Company, (collectively, the "parties"), by and

through their respective counsel, hereby stipulate as follows:

Whereas, at the case management conference on April 14, 2006, the Court set briefing schedules and hearing dates in this action, which arises under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. section 1001 et seq., whereby defendants are currently scheduled to file an opening brief on a standard of review motion by August 18, 2006 and the hearing is set on September 22, 2006, and the parties are currently scheduled to file opening briefs for cross-motions for summary judgment by November 10, 2006, which are set for hearing or trial on December 15, 2006; and

Whereas, plaintiff propounded requests for production of documents in this ERISA action, and the parties are currently meeting and conferring regarding her discovery requests, and

Whereas, plaintiff contends that the outcome of the pending discovery dispute will affect the briefing of the standard of the review motion, and in the interest of judicial economy the parties wish to resolve the discovery issues before briefing the standard of review motion, and

Whereas, the parties participated in an ADR phone conference with the Court's ADR unit on April 11, 2006 per the Court's ADR local rules, and agreed at that time to participate in mediation before a Court-appointed mediator, but the ADR Unit still has not appointed a mediator in this action, and

Whereas, the mediation is not likely to be completed prior to the briefing of the standard of review motion, and in the interest of judicial economy the parties wish to proceed with mediation before incurring the time and expense of briefing the standard of review motion, and

Whereas, plaintiff's counsel will be on vacation and unavailable for any purpose from September 25, 2006 to October 13, 2006, and

Whereas, none of the parties will be prejudiced by a continuance of the briefing schedule and hearing on the standard of review motion, or the briefing schedule and hearing or trial on the cross-motions for summary judgment;

Now, therefore, the parties hereby stipulate to and mutually request that the Court grant an extension of the briefing schedule and hearing of the standard of review motion, in which the date by which  defendants are to file their opening brief is extended to October 13, 2006 and the hearing

1  date is continued to November 17, 2006; and that the court grant an extension of the briefing
2  schedule and hearing or trial of the cross-motions for summary judgment, in which the date by
3  which the parties are to file their opening briefs is extended to January 12, 2007 and the hearing or
4  trial date is continued February 16, 2007.

5  Dated: August 11, 2006          ROBOOSTOFF & KALKIN

                                    /s/
                                    _____
                                    Constantin V. Roboostoff
                                    Attorneys for Plaintiff
                                    Christine Ondersma

10 Dated: August 11, 2006          SEDGWICK DETERT MORAN &
                                    ARNOLD, LLP

                                    /s/
                                    _____
                                    Michael N. Westheimer
                                    Rebecca A. Hull
                                    Attorneys for Defendant
                                    Wells Fargo & Company Long Term
                                    Disability Plan, and Metropolitan Life
                                    Insurance Company

18 IT IS SO ORDERED.

19 Dated: August 14, 2006          _____
                                    Honorable Maxine M. Chesney
                                    United States District Judge

---

3

STIPULATION TO EXTEND BRIEFING SCHEDULE AND HEARING RE STANDARD OF REVIEW MOTION