Rebecca A. Hull, Esq. (SBN: 99802)
  rebecca.hull@sdma.com
Michael N. Westheimer, Esq. (SBN: 178938)
  michael.westheimer@sdma.com
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
WELLS FARGO & COMPANY LONG TERM
DISABILITY PLAN and METROPOLITAN LIFE
INSURANCE COMPANY

Constantin V. Roboostoff, Esq. (SBN: 69328)
  cvr1@earthlink.net
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 500
San Francisco, CA 94104
Telephone:  (415) 732-0282
Facsimile:  (415) 732-0287

Attorneys for Plaintiff
CHRISTINE ONDERSMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ONDERSMA, | Case No. C-06-0258 MMC |
|    Plaintiff, | |
|    vs. | **STIPULATION AND ORDER EXTENDING TIME TO COMPLETE MEDIATION** |
| METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN, | |
|    Defendants. | |

  WHEREAS plaintiff Christine Ondersma and defendants Wells Fargo & Company Long Term Disability Plan and Metropolitan Life Insurance Company (collectively "the parties") were previously ordered to complete mediation by November 16, 2006;

-1-                                                    Case No. C-06-0258 MMC
STIPULATION AND ORDER EXTENDING TIME TO COMPLETE MEDIATION

1  WHEREAS the matter was initially assigned to mediator R. Bradford Huss, who
2  subsequently withdrew as mediator and the matter was thereafter reassigned to mediator Michael J.
3  Loeb on October 5, 2006;
4  WHEREAS the parties (through counsel) and Mr. Loeb have been in contact several times
5  in an effort to arrange the mediation, but were unable to identify a mutually-available date and time
6  for the mediation prior to the completion date;
7  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
8  grant an extension of the deadline for completing the mediation to January 31, 2007.

9  Dated: November 30, 2006                ROBOOSTOFF & KALKIN

11                                          _/s/_____
                                            Constantin V. Roboostoff
12                                          Attorneys for Plaintiff, Christine Ondersma

14  Dated: November 30, 2006                SEDGWICK DETERT MORAN &
                                            ARNOLD, LLP

17                                          __/s/_____
                                            Michael N. Westheimer
                                            Rebecca A. Hull
18                                          Attorneys for Defendants, Wells Fargo &
19                                          Company Long Term Disability Plan, and
                                            Metropolitan Life Insurance Company

21         IT IS SO ORDERED.

22  DATED: December 1, 2006

23                                          _____
                                            Hon. Maxine M. Chesney
24                                          United States District Judge

-2-                                         Case No. C-06-0258 MMC
STIPULATION AND ORDER EXTENDING TIME TO COMPLETE MEDIATION