Rebecca A. Hull, Esq. (SBN: 99802)
rebecca.hull@sdma.com
Michael N. Westheimer, Esq. (SBN: 178938)
michael.westheimer@sdma.com
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
WELLS FARGO & COMPANY LONG TERM
DISABILITY PLAN and METROPOLITAN LIFE
INSURANCE COMPANY


Constantin V. Roboostoff, Esq. (SBN: 69328)
cvr1@earthlink.net
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

Attorneys for Plaintiff
CHRISTINE ONDERSMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ONDERSMA,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. C-06-0258 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR BRIEFING AND HEARING OF SUMMARY JUDGMENT MOTIONS** |

WHEREAS plaintiff Christine Ondersma and defendants Wells Fargo & Company Long Term Disability Plan and Metropolitan Life Insurance Company (collectively "the parties") previously stipulated, and the Court previously ordered, that the deadline for filing opening briefs

-1-  Case No. C-06-0258 MMC
STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING AND HEARING OF MSJs

1  for cross-motions for summary judgment would be extended to January 12, 2007 and the hearing or
2  trial date would be continued to February 16, 2007;
3      WHEREAS the parties previously stipulated, and the Court previously ordered, that the
4  deadline for completing mediation would be extended to January 31, 2007;
5      WHEREAS the parties had difficulty identifying a mutually available date to participate in
6  the mediation due to press of business and vacation schedules, and have now set the mediation to
7  take place on the mutually-available date of January 24, 2007;
8      WHEREAS, in the interest of judicial economy and conserving the resources of the parties
9  and the Court, the parties wish to participate in the mediation before incurring the time and expense
10 of preparing and filing opening briefs for cross-motions for summary judgment;
11     NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
12 grant an extension of the briefing schedule and hearing or trial of the cross-motions for summary
13 judgment, in which the date by which the parties are to file their opening briefs is extended to
14 February 9, 2007 and the hearing or trial date is continued to March 16, 2007.

15 Dated: December 18, 2006      ROBOOSTOFF & KALKIN

                                                Constantin V. Roboostoff
                                                Attorneys for Plaintiff, Christine Ondersma

19 Dated: December 18, 2006      SEDGWICK DETERT MORAN & ARNOLD, LLP

                                                Michael N. Westheimer
                                                Rebecca A. Hull
                                                Attorneys for Defendants, Wells Fargo &
                                                Company Long Term Disability Plan, and
                                                Metropolitan Life Insurance Company

25     IT IS SO ORDERED.
26 DATED: December 19, 2006

                                                Hon. Maxine M. Chesney
                                                United States District Judge