| | |
|---|---|
| 1 | Rebecca A. Hull, Esq. (SBN: 99802) |
| | rebecca.hull@sdma.com |
| 2 | SEDGWICK DETERT MORAN & ARNOLD, LLP |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, CA 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | |
| | Attorneys for Defendant |
| 6 | WELLS FARGO & COMPANY LONG TERM |
| | DISABILITY PLAN and METROPOLITAN LIFE |
| 7 | INSURANCE COMPANY |

Rebecca A. Hull, Esq. (SBN: 99802)
   rebecca.hull@sdma.com
SEDGWICK DETERT MORAN & ARNOLD, LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
WELLS FARGO & COMPANY LONG TERM
DISABILITY PLAN and METROPOLITAN LIFE
INSURANCE COMPANY

Constantin V. Roboostoff, Esq. (SBN: 69328)
   cvr1@earthlink.net
ROBOOSTOFF & KALKIN
369 Pine Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 732-0282
Facsimile: (415) 732-0287

Attorneys for Plaintiff
CHRISTINE ONDERSMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ONDERSMA,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, WELLS FARGO & COMPANY SHORT TERM DISABILITY PLAN, WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No. C-06-0258 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUBMISSION OF PROPOSED JUDGMENT OR JOINT STATEMENT** |

WHEREAS plaintiff Christine Ondersma and defendants Wells Fargo & Company Long Term Disability Plan and Metropolitan Life Insurance Company (collectively "the parties") have been directed by the Court to meet and confer and to jointly submit either a proposed form of judgment or a statement regarding inability to submit a proposed form of judgment on or before

-1- Case No. C-06-0258 MMC
STIPULATION AND ORDER EXTENDING TIME FOR SUBMISSION OF PROPOSED JUDGMENT

January 18, 2008;

WHEREAS the parties have met and conferred but have not yet agreed as to the precise calculation of benefits to be reflected in a proposed judgment and have not yet determined the precise cause of the discrepancies in their respective calculations; and

WHEREAS, the parties feel that they will be able to either reach an agreement or clarify their positions sufficient to enable the Court to address any remaining discrepancies;

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court grant an extension of the time for submission of either a proposed form of judgment or a joint statement regarding the parties' respective positions regarding a proposed form of judgment, if applicable, for a total of one week, to and including January 25, 2008.

Dated: January 16, 2008    ROBOOSTOFF & KALKIN

By: /s/ Constantin V. Roboostoff (as authorized on 1/16/08)
Constantin V. Roboostoff
Attorneys for Plaintiff, Christine Ondersma

Dated: January 16, 2008    SEDGWICK DETERT MORAN & ARNOLD, LLP

/s/ Rebecca A. Hull
Rebecca A. Hull
Attorneys for Defendants, Wells Fargo & Company Long Term Disability Plan, and Metropolitan Life Insurance Company

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: January 17, 2008

Hon. Maxine M. Chesney
United States District Judge