UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE ONDERSMA, | ) | Case No. C 06 0258 MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **[PROPOSED] JUDGMENT** |
| | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court finds that Plaintiff has met her burden of establishing she is disabled within the meaning of the LTD Plan, and judgment is hereby entered in favor of Plaintiff Christine Ondersma and against Defendants Metropolitan Life Insurance Company and Wells Fargo & Company Long Term Disability Plan (collectively, Defendants) and each of them as follows:

1. Plaintiff shall recover the sum of the disability benefits withheld by Defendants for the period from January 19, 2002, through the date of entry of this judgment. As of January 31, 2008, that amount is two hundred and two thousand five hundred and eleven dollars and forty-four cents ($202,511.44);

2. Plaintiff's Plan benefits shall be restored immediately and Defendants are ordered to pay Plaintiff's benefits so long as Plaintiff continues to meet the definition of disability under the LTD Plan; and

3. Plaintiff may make an application under Local Rule of Court 54-6 to recover attorney's fees and costs of suit under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq*., and for an award of prejudgment interest under 28 U.S.C. § 1961, within fourteen days after entry of this Judgment.

**IT IS SO ORDERED.**

Dated: January 31, 2008

MAXINE M. CHESNEY
United States District Judge